UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: C-22-148-02 |
| PAUBLO RUEBEN | § | |

## STIPULATION OF FACT

The defendant, PAUBLO RUEBEN, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Jennifer B. Lowery, through the undersigned Assistant United States Attorney, to the following facts. The parties agree that these facts are sufficient pursuant to Fed. R. Crim. P. 11(b)(3) to establish the defendant's guilt to the offense alleged in Count ONE of the indictment.

### I.

The defendant further confesses that within the Southern District of Texas between on or about February 16, 2022, and on or about February 18, 2022,

1) That the defendant and at least one other person, directly or indirectly, reached an agreement to knowingly and intentionally possess a controlled substance with intent to distribute;
2) that the defendant knew of the unlawful purpose of the agreement;
3) that the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;
4) the offense involved more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine; and
5) that the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine.

### II.

The defendant further stipulates that had the case proceeded to trial the United States would have called witnesses who would have testified that:

1

Between on or about February 16, 2022, and on or about February 18, 2022, the defendants HECTOR VASQUEZ GARCIA and PAUBLO RUEBEN, agreed with each other and others, to transport and distribute narcotics to drug traffickers in the Corpus Christi, Texas area.

During this same time period, the defendants conspired with others, including a source of supply in Mexico, and attempted to negotiate distribution of approximately three kilograms of a substance or mixture containing a detectable amount of methamphetamine, an amount that infers distribution, at a McDonalds near Greenwood in Corpus Christi, Texas. For example, on or about February 16, 2022, in a recorded call, an undercover officer ordered three kilograms of methamphetamine and two kilograms of cocaine from a source of supply in Mexico. The source of supply advised that his nephew would be transporting three kilograms of methamphetamine and two kilograms of cocaine to Corpus Christi, Texas. The source of supply then had the nephew speak on the phone to the undercover officer, so that the undercover officer could recognize the nephew's voice.

On or about February 17, 2022, from approximately 6:00 pm to 7:00 pm, at a McDonald's in Corpus Christi, both VASQUEZ GARCIA and RUEBEN discussed in-person with the undercover officer about transporting and distributing approximately three kilograms of methamphetamine and approximately two kilograms of cocaine. VASQUEZ GARCIA acknowledged to the undercover officer, he (VASQUEZ GARCIA) was the nephew the undercover officer had been talking to on the phone. RUEBEN and VASQUEZ GARCIA also discussed how five kilograms fit inside a hidden trap compartment, which cost $9,000 USD, and how they had driven all over Texas undetected. Additionally, both defendants advised the undercover officer how safe the trap compartment was since the X-ray machines could not detect the abnormalities. VASQUEZ GARCIA facilitated a phone call to the source of supply in Mexico

to receive permission to provide the narcotics to the undercover officer without receiving payment in exchange (i.e. to front the narcotics), including approximately three kilograms of methamphetamine, a Schedule II controlled substance. During a subsequent traffic stop, RUEBEN spoke to the undercover officer (on the phone subscribed to VASQUEZ GARCIA), and RUEBEN communicated to the undercover that the police officers would not find the concealed kilograms of narcotics but he did have drugs in his sock. Previously, the same phone number was used by VASQUEZ GARCIA to communicate with the undercover officer about meeting for the purposes of distributing multiple kilograms of narcotics, including approximately three kilograms of methamphetamine. Federal agents executed a search warrant on the Chevrolet Sonic parked at a local hotel where VASQUEZ GARCIA's family member had a room booked and discovered approximately 3.12 kilograms of methamphetamine and 2.32 kilograms of cocaine in a concealed trap compartment. A federal agent heard RUEBEN refer to VASQUEZ GARCIA as his "Boss," and not to worry, he (RUEBEN) would take responsibility for everything. VASQUEZ GARCIA told federal agents that RUEBEN did not work for him. The DEA South Central Drug Laboratory in Dallas, Texas, confirmed a total amount pure substance, namely approximately 2,843 grams of methamphetamine.

Additionally, agents reviewed Port of Entry information and determined that VASQUEZ GARCIA crossed from Mexico into the United States as a pedestrian while RUEBEN crossed driving a Chevrolet Sonic, about 20 minutes apart at approximately 9:00 p.m. on February 16, 2022. At approximately 1:42 p.m. on February 17, 2022, VASQUEZ GARCIA and RUEBEN traveled northbound in tandem, as agents determined from their records that VASQUEZ GARCIA and RUEBEN crossed the U.S. Border Patrol checkpoint located near Sarita, Texas within the same minute of each other. VASQUEZ GARCIA drove a red GMC pickup truck and RUEBEN

drove a Chevrolet Sonic sedan, which agents later discovered containing five kilograms of narcotics (approximately three kilograms of methamphetamine and two kilograms of cocaine) in a hidden trap compartment.

Therefore, as part of this factual basis, defendant PAUBLO RUEBEN admits and confesses, that between on or about February 16, 2022, and on or about February 18, 2022, he did knowingly and intentionally conspire with other persons to possess more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine and more than 500 grams of a mixture or substance containing a detectable amount of cocaine, with the intent to distribute it, in the Southern District of Texas. The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact is true and correct.

_____     _____
PAUBLO RUEBEN                 JENNIFER B. LOWERY
Defendant                     UNITED STATES ATTORNEY

_____     By: _____
Attorney for Defendant        BARBARA J. DE PENA
                              Assistant United States Attorney